IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**MICHELLE KEMP**                                                                **PLAINTIFF**

**v.**                        **CASE NO. 4:24-CV-00613-BSM**

**GT MARKETPLACE**                                            **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 6th day of January, 2026.

_____
UNITED STATES DISTRICT JUDGE